# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| ANGELA DAWN REEVES, *Plaintiff*, v. CAROLYN W. COLVIN[1], COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | CASE NO. 6:12–cv–00027 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying memorandum opinion, the Court hereby OVERRULES Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 22); ADOPTS Judge Ballou's Report and Recommendations (docket no. 21) in full; GRANTS the Commissioner's Motion to Dismiss (docket no. 17); and DISMISSES this action, striking it from the active docket of the Court.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying memorandum opinion to Plaintiff at 123 Irene Drive, Vinton, VA 24179, to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this \_\_9th\_\_ day of June, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is hereby substituted for Michael J. Astrue as the defendant in this suit.